## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DABY TIMO, | ) ) ) | 3:26-CV-657 |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| LEONARD ODDO; *et al.*, | ) ) | |
| Respondents. | ) ) ) ) | |

### ORDER

On June 26, 2026, the Court ordered that Mr. Timo obtain and file a copy of his April 8, 2026, bond hearing, or provide notice that he is unable to do so. It appears that Mr. Timo has made diligent and good faith efforts to secure his bond hearing transcript (ECF 10 and 11), resulting in certain records being made available to him, though these do not include the hearing transcript itself.

The Court therefore finds that it is in the interest of time and judicial economy that Respondents obtain the transcript of Mr. Timo's bond hearing instead. Accordingly, **IT IS ORDERED** that Respondents shall obtain and file a copy of Mr. Timo's April 8, 2026, bond hearing on or before **August 10, 2026**.

DATED this 20th day of July, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Daby Timo
A220560886
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866